UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD B. WILLIAMS,<br><br>          Plaintiff,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br>et al.,<br><br>          Defendants. | Case No. CV 16-2758-AG (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

DATED: <u>July 30, 2017</u>.

                                      ANDREW J. GUILFORD
                                      UNITED STATES DISTRICT JUDGE