JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DONALD B. WILLIAMS,                    )    CASE NO. CV 16-2758-AG (PJW)
                                       )
                Plaintiff,             )
                                       )
        v.                             )    J U D G M E N T
                                       )
THE PEOPLE OF THE STATE                )
OF CALIFORNIA, et al.,                 )
                                       )
                Defendants.            )
                                       )
_____)

        Pursuant to the Order Accepting Report and Adopting Findings,

Conclusions, and Recommendations of United States Magistrate Judge,

        IT IS HEREBY ADJUDGED that the action is dismissed (as against

Defendant public defenders without prejudice and as to the remaining

Defendants with prejudice).


        DATED: July 30, 2017.

                                       _____
                                       ANDREW J. GUILFORD
                                       UNITED STATES DISTRICT JUDGE


C:\Users\imartine\AppData\Local\Temp\notesC7A056\Williams Judgment.wpd